IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2014 JAN 15 PM 1:36

DEPUTY CLERK _____

| | |
|---|---|
| UNITED STATES OF AMERICA § § § | No. **2** - 1.4. C R - 0 0. 4 - **J** |
| v. § § | |
| ROY LEE APPLEGATE § | |

## INDICTMENT

The Grand Jury Charges:

### Count One
Mailing Threatening Communications and Aiding and Abetting
(Violation of 18 U.S.C. §§ 876(c) and 2)

On or about July 2, 2013, in the Amarillo Division of the Northern District of Texas, and elsewhere, **Roy Lee Applegate**, defendant, did knowingly deposit in an authorized depository for mail matter, to be sent and delivered by the United States Postal Service, and knowingly caused to be delivered by the United States Postal Service according to the directions thereon, a communication postmarked on or about July 2, 2013, addressed to "Daniel Gonzales, Senior Supervising Resident Agent, Federal Bureau of Investigation, 1205 Texas Avenue, Room 807, Lubbock, Texas, 79401," and containing a threat to injure Daniel Gonzales, a Federal law enforcement officer and official covered by Title 18, United States Code, Section 1114, that is, the defendant wrote: "Hello your days are coming to a end[.]  Some time in August 2014 I will kill you . . . . See I will kill you in open space . . . ."

In violation of Title 18, United States Code, Sections 876(c) and 2.

A TRUE BILL:

_____
FOREPERSON

SARAH R. SALDAÑA
UNITED STATES ATTORNEY

_____
JEFFREY R. HAAG
Assistant United States Attorney
Texas State Bar No. 24027064
1205 Texas Avenue, Suite 700
Lubbock, Texas  79401
Telephone:    806.472.7351
Facsimile:    806.472.7397
E-Mail:       jeffrey.haag@usdoj.gov

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

THE UNITED STATES OF AMERICA

v.

ROY LEE APPLEGATE

INDICTMENT

COUNT 1:   MAILING THREATENING COMMUNICATIONS AND AIDING AND ABETTING
Title 18, United States Code, Sections 876(c) and 2.

(1 COUNT)

A true bill rendered:

Amarillo _____ FOREPERSON

Filed in open court this 15th day of January, A.D. 2014

_____ Clerk

ARREST WARRANT TO ISSUE

_____
UNITED STATES DISTRICT JUDGE